**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Charles A. Stanziale, Jr. (CS 1227)
Jeffrey T. Testa (JT 1127)
William N. Stahl (WS 0397)
SCHWARTZ, TOBIA, STANZIALE, SEDITA &
CAMPISANO
Kip's Castle
22 Crestmount Road
Montclair, NJ 07042
Telephone:  (973) 746-6000
Telecopy:  (973) 655-0699

Robert A. Klyman
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone:  (213) 485-1234
Telecopy:  (213) 891-8763
Email: robert.klyman@lw.com

Mark A. Broude
John W. Weiss (JW 5194)
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4802
Telephone:  (212) 906-1200
Telecopy:  (212) 751-4864
Email: mark.broude@lw.com
john.weiss@lw.com

Proposed Counsel for
Debtors and Debtors in Possession

| | |
|---|---|
| In re:<br><br>THCR MANAGEMENT HOLDINGS, LLC,<br>a Delaware limited liability company,<br><br>Debtor. | Chapter 11<br><br>Case No.: _____<br><br>No Hearing Required |

**GENERAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND
DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENT OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement," and together with the Schedules and all applicable exhibits and attachments, the "Schedules and Statement"), are filed herewith by the above-captioned debtor and debtor-in-possession (the "Debtor") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007. The Debtor reserves its right to amend these Schedules and Statement. These General Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules and Statement of Financial Affairs (the "General Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statement, and should be referred to and reviewed in connection with any review of the Schedules and Statement.[1]

### Description of the Cases and "As of" Information Date.

On November 21, 2004 (the "Petition Date"), the Debtor filed with the Bankruptcy Court its voluntary petition for reorganization relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"). The Debtor is currently operating its business as debtor-in-possession pursuant to the Bankruptcy Code.

1.    Basis of Presentation.

For SEC financial reporting purposes, the Debtor's financial information for all subsidiaries and affiliates (the "Company") is consolidated into the financial statements of Trump Hotels & Casino Resorts, Inc. ("THCR"), also a Debtor. Unlike the consolidated financial information used for the Debtor's financial reporting purposes, the Schedules and Statement reflect the assets and liabilities of twenty-eight debtor entities on the basis of such Debtor's accounting records (except as set forth in General Notes 3 herein). The Debtor maintains its accounting records in keeping with U.S. generally accepted accounting principles ("GAAP").

2.    Summary of Significant Reporting Policies.

The Debtor owns or operates a number of hotels and casino facilities. Each of the operating Debtor entities separately maintains receipt accounts, accounts payable, controlled disbursement accounts, payroll disbursement accounts, and petty cash disbursement accounts. Moreover, the Debtor engages in intercompany transactions with other Debtor and non-Debtor entities. In connection with such transactions, each entity maintains accounting records reflecting the inter-company accounts receivable and payable arising from each particular transaction (except as set forth in General Note 2.h herein). Accordingly, the following conventions were adopted by the Debtor in the preparations of the Schedules and Statement:

---

[1] The Statement or Schedules for a particular Debtor begins immediately after these General Notes.

11/21/2004  Tab 06

      a.    <u>Debtor</u>.  The Debtor's Schedules and Statement was prepared using information regarding the assets and liabilities of the Debtor pursuant to the Debtor's books and records.  To the extent that the Schedules and Statement have not included the addresses of certain vendors and/or claimants, such addresses are maintained and available at the Debtors' corporate headquarters or are being investigated.

      b.    <u>Reporting Date</u>.  The Schedules and Statement are prepared as of October 31, 2004.  The management of the Debtor has indicated that the amounts as of the above mentioned date are reasonable estimates for the amounts as of Petition Date.

      c.    <u>Book Value</u>.  Unless otherwise noted, each asset and liability of the Debtor is shown on the basis of the book value of the asset or liability in the Debtor's accounting books and records, net of any applicable depreciation, amortization, or reserves.  Unless otherwise noted, the Net Book Value ("NBV") on the Debtor's books, rather than the current market values of the Debtor's interests in property and of the Debtor's liabilities, is reflected on the Debtor's Schedules and Statement.  Fixed assets are also shown at NBV.  Those assets subject to leases that are capitalized for GAAP purposes have been reflected in the Schedules and Statement as personal property.

      d.    <u>Accounts receivable and payable</u>.  The Debtor maintains its own system of reporting.  The Debtor reports accounts receivable and accounts payable separately from its related Debtors and also maintains detailed separate books and records.  Accounts receivable are shown at their book values before credits and allowances due by certain commercial customers.  The Debtor reserves all of its rights respecting such credits and allowances.

      e.    <u>Property and equipment—owned</u>.  Unless otherwise noted, owned property and equipment are stated at NBV.  Depreciation and amortization are calculated principally on the straight-line method over the estimated useful lives of depreciable or amortizable assets.  Machinery and equipment are depreciated using the straight-line method over the useful life of the various assets ranging from 5 to 12 years.

      f.    <u>Property and equipment—leased</u>.  In the ordinary course of its business, the Debtor may lease furniture, equipment, and real property from certain third-party lessors.  Such operating and capital leases are set forth separately as leases in the Schedules and Statement.  The property subject to such leases are owned by third-parties but held within the control of the Debtor.  Any such items recorded under capital leases are depreciated over the shorter of either the lease term or the underlying asset's useful life.  The listing of any such arrangement as a "lease" in the Schedules and Statement, however, shall not constitute an admission that any such "lease" is a true lease.  The Debtor reserves all of its respective rights to dispute or challenge the characterization or structure of any transaction, document, or instrument.

      g.    <u>Intercompany Claims</u>.  The Debtor routinely engages in intercompany activity by a balance sheet "netting" of the mutual accounts receivable and payable (recorded as

2

      

net equity).  The intercompany accounts receivable balance of the Debtor is a net balance and includes all activity among the Debtor and its affiliates.

In certain instances, these settlements did not and do not involve the transfer of cash, but rather were, and are, bookkeeping transactions only and hence are not included in the Debtors' Schedules and Statement (specifically SOFA 3B and SOFA 13).

h.    <u>Financial Statements</u>.  For SEC financial reporting purposes, the Debtor's financial information for all subsidiaries and affiliates (including, but not limited to, the debtors and debtors in possession in these chapter 11 cases) are consolidated into the financial statements of THCR, also a debtor and a debtor-in-possession.

i.    <u>Claims</u>.  The Debtor has used its reasonable best efforts to set forth all claims, causes of action, or other rights against third parties as assets in their Schedules and Statement.  The Debtor reserves all of its respective rights with respect to any claims, causes of action, or other rights with respect to such claims, causes of action, or other rights it may have, and neither these General Notes nor the Schedules and Statement shall be deemed a waiver of any such claims, causes of action, or other rights.  Without limiting the foregoing, the Debtor specifically reserves any and all of its rights to recovery, setoff, and reimbursement from various parties.

j.    <u>Schedule G</u>.  The business of the Debtor is complex.  While every effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred.  The Debtor hereby reserves all of its respective rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth in Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments, and agreements which may not be listed therein.  Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.  The Debtor reserves all of its rights to dispute or challenge the characterization or the structure of any transaction, or any document or instrument (including without limitation, any inter-company agreement) related to a creditor's claim.  Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by one of the Debtor's subsidiaries or affiliates.  Such contracts, agreements, and leases are so noted and are listed in Schedule G.

3.    <u>Claims</u>.  The Debtor's Schedules and Statement list creditors and set forth the Debtor's estimate of the claims of creditors as of October 31, 2004.  The actual unpaid claims of creditors may differ for the amounts set forth in the Schedules and Statement.

LA\1343744.2

4.      <u>Disputed, Contingent and/or Unliquidated Claims</u>.  Schedules D, E and F permit the Debtor to designate a claim as disputed, contingent and/or unliquidated.  A failure to designate a claim on any of these Schedules as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection.  The Debtor reserves the right to dispute or assert offsets or defenses to any claim reflected on these schedules as to nature, amount, liability, priority or status of any such claim.

5.      <u>General Notes Control</u>.  In the event that the Schedules and Statement differ from the foregoing General Notes, the General Notes shall control.

I, John P. Burke, an Executive Vice President and Corporate Treasurer of the Debtor, declare under penalty of perjury, that I have reviewed the Schedules and Statement of Financial Affairs and all attachments thereto, and that, subject to the Global Notes thereto, they are true and correct to my information and belief.

Executed this 21st day of November, 2004, at Atlantic City, New Jersey.


THCR MANAGEMENT HOLDINGS, LLC
By:  Trump Casino Holdings, LLC, its sole member
By:  /s/ John P. Burke
John P. Burke,
Executive Vice President, and Corporate Treasurer

LA\1343744.2

Form 7.  STATEMENT OF FINANCIAL AFFAIRS

UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF _____ New Jersey

In re _____ THCR Management Holdings, LLC _____, Debtor    Case No. _____    Chapter __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19-25.  **Each question must be answered.  If the answer to any question is "None", or the question is not applicable, mark the box labeled "None".**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"*In business*."  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider*."  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. §101(31).

| None | |
|---|---|
| ☒ | **1.  Income from employment or operation of business** |
| | State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

AMOUNT                                                              SOURCE (if more than one)

| None | |
|---|---|
| ☒ | **2.  Income other than from employment or operation of business** |
| | State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

AMOUNT                                                              SOURCE

In re _____, Debtor   Case No. _____   Chapter __11__
                THCR Management Holdings, LLC

None   **3. Payments to creditors**

☒   a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whethe or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None   b.   List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

☒   (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CREDITOR & RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None   **4. Suits and administrative proceedings, executions, garnishments and attachments**

☒   a.   List all suits and administrative proceedings to which the debtor is or was party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the  spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS |
|---|---|---|---|
| | | | |

None   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION & VALUE OF PROPERTY |
|---|---|---|
| | | |

None   **5. Repossessions, foreclosures and returns**

☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION & VALUE OF PROPERTY |
|---|---|---|
| | | |

None   **6. Assignments and receiverships**

☒   a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated  and a joint petition is not filed.)

| NAME & ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

In re _____THCR Management Holdings, LLC_____, Debtor   Case No. _____   Chapter   11

None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the
☒    commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CUSTODIAN | NAME & LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION & VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family
☒    members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing
under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME & ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION & VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or since the commencement of this
☒    case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| DESCRIPTION & VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES &, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief
☐    under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR, IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION & VALUE OF PROPERTY |
|---|---|---|

See Question 9 Attachment

**10. Other transfers**

None    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as
☒    security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF TRANSFEREE | RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED & VALUE RECEIVED |
|---|---|---|---|

In re _____ THCR Management Holdings, LLC _____ , Debtor    Case No. _____    Chapter __11__

---

None

☐

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT & DATE OF SALE OR CLOSING |
|---|---|---|

See Question 11 Attachment

---

None

☒

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES & ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

None

☒

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

None

☒

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| NAME & ADDRESS OF OWNER | DESCRIPTION & VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

None

☒

**15. Prior address of debtor**

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

None

☒

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year** period immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

In re _____ THCR Management Holdings, LLC _____, Debtor   Case No. _____   Chapter __11__

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or materials.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME & ADDRESSES OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME & ADDRESSES OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

None
☐

**18. Nature, location and name of business**

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING & ENDING DATES |
|---|---|---|---|---|

See Question 18 Attachment

None
☒

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

In re _____THCR Management Holdings, LLC_____, Debtor   Case No. _____   Chapter ___11__

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than  5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.)*

None   **19. Books, records and financial statements**
☐   a.    List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME & ADDRESS                    DATES OF SERVICES RENDERED

See Question 19. a. Attachment

None   b.    List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case that have audited the books of account and
☐         records, or prepared a financial statement of the debtor.

NAME                             ADDRESS                         DATES SERVICES RENDERED

See Question 19. b. Attachment

None   c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any
☐         of the books of account and records are not available, explain.

NAME                                                ADDRESS

See Question 19. c. Attachment

None   d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the
☐         **two years** immediately preceding the commencement of this case by the debtor.

See Question 19. d. Attachment

NAME AND ADDRESS                              DATE ISSUED

None   **20. Inventories**
☒   a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and
          basis of each inventory.

DATE OF INVENTORY                    INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                     (Specify cost, market or other basis)

None   b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☒
          DATE OF INVENTORY                    NAME & ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

In re _____ THCR Management Holdings, LLC _____ , Debtor    Case No. _____    Chapter    11

None    **21. Current Partners, Officers, Directors and Shareholders**
☒
        a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME & ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent
☐    or more of the voting securities of the corporation.

| NAME & ADDRESS | TITLE | NATURE & PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**See Question 21. b. Attachment**

None    **22. Former partners, officers, directors and shareholders**
☒
        a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the
☒    commencement of this case.

| NAME & ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

None    **23. Withdrawals from a partnership or distributions by a corporation**
☒
        If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans,
stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT | RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

None    **24. Tax Consolidation Group**
☒
        If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which
the debtor has  been a member at any time within the **six-year** period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

None    **25. Pension Funds**
☒
        If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been
responsible for contributing at any time within the **six-year** period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## Statement of Financial Affairs

### Question 9 Attachment

### PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

9. Payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | NAME OF PAYOR, IF OTHER THAN DEBTOR | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Payments were made to the following parties by the Debtor's affiliates, as indicated, for the benefit of the Debtor and its affiliates who are also debtors in Chapter 11 proceedings. | | | |
| Appraisal Group International 111 Northfield Avenue West Orange, NJ 07052 | Trump Atlantic City Associates | 09/14/04 | 5,000 |
| Bible, Hoy & Trachok 201 W. Liberty Street, 3rd Floor Reno, NV 89501-2027 | Trump Hotels & Casino Resorts Holdings, L.P. | 07/08/04 | 6,688 |
| | Trump Hotels & Casino Resorts Holdings, L.P. | 08/17/04 | 46,675 |
| | Trump Hotels & Casino Resorts Holdings, L.P. | 09/03/04 | 2,444 |
| | Trump Hotels & Casino Resorts Holdings, L.P. | 09/27/04 | 42,919 |
| | Trump Hotels & Casino Resorts Holdings, L.P. | 10/15/04 | 8,932 |
| Century Business Services 989 Lenox Drive, Suite 100 Lawrenceville, NJ 08648 | Trump Atlantic City Associates | 07/29/04 | 50,000 |
| | Trump Atlantic City Associates | 10/18/04 | 15,000 |
| Chanin Capital Partners 11150 Santa Monica Blvd., 6th Floor Los Angeles, CA 90025 | Trump Casino Holdings, LLC | 06/03/04 | 325,000 |
| | Trump Casino Holdings, LLC | 07/21/04 | 175,819 |
| | Trump Casino Holdings, LLC | 09/27/04 | 308,781 |
| Deloitte & Touche LLP 1633 Broadway New York NY 10019-6754 | Trump Hotels & Casino Resorts Holdings, L.P. | 07/08/04 | 36,400 |
| | Trump Hotels & Casino Resorts Holdings, L.P. | 10/29/04 | 100,000 |
| The Depository Trust Company P.O. Box 27590 New York, NY 10087-7590 | Trump Casino Holdings, LLC | 04/02/04 | 195 |
| | Trump Casino Holdings, LLC | 04/02/04 | 915 |
| | Trump Casino Holdings, LLC | 06/08/04 | 2,625 |
| | Trump Atlantic City Associates | 07/09/04 | 7,800 |
| DLJMB 11 Madison Avenue New York, NY 10010 | Trump Hotels & Casino Resorts Holdings, L.P. | 09/24/04 | 2,379,966 |

THCR Management Holdings, LLC                                    Case No. _____

## Statement of Financial Affairs

### Question 9 Attachment

### PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

9.  Payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | NAME OF PAYOR, IF OTHER THAN DEBTOR | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Ernst & Young LLP | Trump Indiana, Inc. | 12/29/03 | 15,230 |
| Two Commerce Square | Trump Indiana, Inc. | 01/13/04 | 8,820 |
| 2100 Market Street, Suite 4000 | Trump Indiana, Inc. | 01/26/04 | 56,230 |
| Philadelphia, PA  19103-7096 | Trump Taj Mahal Associates | 03/26/04 | 12,560 |
| | Trump Indiana, Inc. | 04/01/04 | 56,330 |
| | Trump Casino Holdings, LLC | 04/02/04 | 15,955 |
| | Trump Hotels & Casino Resorts Holdings, L.P. | 04/05/04 | 15,910 |
| | Trump Indiana, Inc. | 04/08/04 | 32,970 |
| | Trump Casino Holdings, LLC | 04/09/04 | 149,180 |
| | Trump Casino Holdings, LLC | 06/08/04 | 33,880 |
| | Trump Casino Holdings, LLC | 06/08/04 | 33,016 |
| | Trump Atlantic City Associates | 06/14/04 | 133,070 |
| | Trump Atlantic City Associates | 06/14/04 | 102,670 |
| | Trump Atlantic City Associates | 06/23/04 | 25,350 |
| | Trump Atlantic City Associates | 07/09/04 | 130,210 |
| | Trump Atlantic City Associates | 07/09/04 | 68,810 |
| | Trump Casino Holdings, LLC | 08/26/04 | 51,710 |
| | Trump Atlantic City Associates | 08/27/04 | 74,540 |
| | Trump Indiana, Inc. | 08/30/04 | 18,920 |
| | Trump Hotels & Casino Resorts Holdings, L.P. | 09/03/04 | 70,520 |
| | Trump Atlantic City Associates | 09/14/04 | 190,020 |
| | Trump Casino Holdings, LLC | 09/16/04 | 43,890 |
| | Trump Hotels & Casino Resorts Holdings, L.P. | 09/16/04 | 79,641 |
| | Trump Indiana, Inc. | 09/23/04 | 8,020 |
| | Trump Casino Holdings, LLC | 09/27/04 | 52,200 |
| | Trump Hotels & Casino Resorts Holdings, L.P. | 09/27/04 | 65,026 |
| | Trump Atlantic City Associates | 10/27/04 | 65,380 |
| | Trump Casino Holdings, LLC | 10/28/04 | 61,270 |
| | Trump Hotels & Casino Resorts Holdings, L.P. | 10/28/04 | 49,035 |
| | | | |
| Graham, Curtin & Sheridan, P.A. | Trump Atlantic City Associates | 06/23/04 | 4,650 |
| Four Headquarters Plaza | Trump Hotels & Casino Resorts Holdings, L.P. | 09/16/04 | 28,990 |
| P.O. Box 1991 | | | |
| Morristown, NJ  07962-1991 | Trump Hotels & Casino Resorts Holdings, L.P. | 09/27/04 | 21,076 |

THCR Management Holdings, LLC                                              Case No. _____

## Statement of Financial Affairs

### Question 9 Attachment

### PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

9.  Payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | NAME OF PAYOR, IF OTHER THAN DEBTOR | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Houlihan Lokey Howard & Zukin | Trump Atlantic City Associates | 03/16/04 | 200,000 |
| 685 Third Avenue, 15th Floor | Trump Atlantic City Associates | 06/17/04 | 202,739 |
| New York, NY  10016 | Trump Atlantic City Associates | 08/06/04 | 393,278 |
|  | Trump Atlantic City Associates | 09/27/04 | 539,774 |
|  |  |  |  |
| Jefferies & Company, Inc. | Trump Atlantic City Associates | 02/24/04 | 150,000 |
| c/o Jefferies Group, Inc. | Trump Atlantic City Associates | 03/11/04 | 108,707 |
| Corporate Headquarters | Trump Taj Mahal Associates | 06/17/04 | 100,797 |
| 520 Madison Avenue | Trump Taj Mahal Associates | 09/27/04 | 510,881 |
| New York, NY 10022 |  |  |  |
|  |  |  |  |
| Latham & Watkins LLP | Trump Hotels & Casino Resorts Holdings, L.P. | 01/14/04 | 100,000 |
| 633 West Fifth Street, Suite 4000 | Trump Taj Mahal Associates | 01/30/04 | 525,075 |
| Los Angeles, CA 90071-2007 | Trump Atlantic City Associates | 03/11/04 | 330,852 |
|  | Trump Taj Mahal Associates | 05/06/04 | 262,273 |
|  | Trump Taj Mahal Associates | 06/17/04 | 296,794 |
|  | Trump Atlantic City Associates | 07/15/04 | 300,000 |
|  | Trump Casino Holdings, LLC | 08/18/04 | 1,000,000 |
|  | Trump Taj Mahal Associates | 09/27/04 | 823,035 |
|  | Trump Taj Mahal Associates | 10/29/04 | 413,736 |
|  |  |  |  |
| MacKenzie Partners, Inc. | Trump Casino Holdings, LLC | 07/15/04 | 9,967 |
| 105 Madison Avenue | Trump Atlantic City Associates | 09/14/04 | 9,991 |
| New York, NY 10016 | Trump Casino Holdings, LLC | 09/16/04 | 15,220 |
|  |  |  |  |
| Milbank, Tweed, Hadley & McCloy LLP | Trump Casino Holdings, LLC | 04/27/04 | 150,000 |
| International Square Building | Trump Casino Holdings, LLC | 06/17/04 | 67,037 |
| Washington, DC  20006 | Trump Casino Holdings, LLC | 09/27/04 | 405,676 |
|  |  |  |  |
| Morgan Stanley & Company, Inc. | Trump Atlantic City Associates | 10/21/04 | 1,000,000 |
| 1585 Broadway |  |  |  |
| New York, NY  10036 |  |  |  |

THCR Management Holdings, LLC                                              Case No. _____

## Statement of Financial Affairs

### Question 9 Attachment

### PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

9.  Payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | NAME OF PAYOR, IF OTHER THAN DEBTOR | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Ropes & Gray LLP | Trump Atlantic City Associates | 02/25/04 | 74,963 |
| One International Place | Trump Atlantic City Associates | 03/11/04 | 73,399 |
| Boston, MA  02110 | Trump Taj Mahal Associates | 05/20/04 | 118,299 |
| | Trump Taj Mahal Associates | 06/17/04 | 145,306 |
| | Trump Taj Mahal Associates | 09/27/04 | 349,621 |
| | Trump Taj Mahal Associates | 10/29/04 | 270,922 |
| Schwartz, Tobia, Stanziale | Trump Taj Mahal Associates | 04/30/04 | 75,000 |
| 22 Crestmont Road | Trump Taj Mahal Associates | 10/29/04 | 75,000 |
| Montclair, NJ  07042 | | | |
| Standard & Poor's | Trump Atlantic City Associates | 09/14/04 | 72,354 |
| 2542 Collection Center Drive | | | |
| Chicago, IL  60693 | | | |
| Sterns & Weinroth, PC | Trump Casino Holdings, LLC | 06/08/04 | 25,498 |
| 50 West State Street, Suite 1400 | Trump Hotels & Casino Resorts Holdings, L.P. | 07/08/04 | 68,271 |
| PO Box 1298 | Trump Hotels & Casino Resorts Holdings, L.P. | 09/03/04 | 15,564 |
| Trenton, NJ  08607 | Trump Hotels & Casino Resorts Holdings, L.P. | 09/16/04 | 26,351 |
| | Trump Hotels & Casino Resorts Holdings, L.P. | 09/27/04 | 7,316 |
| The Trumbull Group | Trump Taj Mahal Associates | 05/07/04 | 25,000 |
| Wells Fargo Bank - WF 8113 | Trump Hotels & Casino Resorts Holdings, L.P. | 07/08/04 | 37,077 |
| PO Box 1450 | Trump Atlantic City Associates | 08/13/04 | 47,171 |
| Minneapolis, MN  55485-8113 | Trump Hotels & Casino Resorts Holdings, L.P. | 09/16/04 | 4,311 |
| UBS Warburg | Trump Taj Mahal Associates | 04/29/04 | 21,151 |
| 725 Fifth Avenue | Trump Taj Mahal Associates | 06/17/04 | 46,773 |
| New York, NY 10022 | Trump Atlantic City Associates | 08/13/04 | 22,177 |
| | Trump Hotels & Casino Resorts Holdings, L.P. | 09/16/04 | 48,196 |

THCR Management Holdings, LLC                                    Case No. _____

## Statement of Financial Affairs

### Question 9 Attachment

### PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

9.  Payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | NAME OF PAYOR, IF OTHER THAN DEBTOR | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| US Bank<br>U.S. Bank Trust Center<br>St. Paul, MN  55101 | Trump Hotels & Casino Resorts Holdings, L.P. | 08/18/04 | 2,500 |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Trump Atlantic City Associates | 03/11/04 | 123,412 |
| | Trump Atlantic City Associates | 03/16/04 | 100,000 |
| | Trump Atlantic City Associates | 05/06/04 | 155,394 |
| | Trump Atlantic City Associates | 06/17/04 | 192,993 |
| | Trump Atlantic City Associates | 07/21/04 | 250,755 |
| | Trump Atlantic City Associates | 09/27/04 | 423,548 |
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Trump Atlantic City Associates | 02/11/04 | 30,000 |
| | Trump Casino Holdings, LLC | 03/22/04 | 65,006 |
| | Trump Taj Mahal Associates | 06/17/04 | 32,677 |
| | Trump Taj Mahal Associates | 08/18/04 | 50,123 |
| | Trump Hotels & Casino Resorts Holdings, L.P. | 09/16/04 | 46,064 |

THCR Management Holdings, LLC                                    Case No. _____

**Statement of Financial Affairs**

**Question 11 Attachment**

**CLOSED FINANCIAL ACCOUNTS**

11.  All financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF INSTITUTION | TYPE OF ACCOUNT | LAST FOUR DIGITS OF ACCOUNT NUMBER | AMOUNT OF FINAL BALANCE TRANSFERRED OR SOLD | DATE OF SALE OR CLOSING |
|---|---|---|---|---|
| First National Bank<br>A GreatBanc Company<br>101 Dixie Highway<br>Chicago Heights, IL  60411 | Money Market | 4434 | 255,522 | 05/06/03 |

THCR Management Holdings, LLC                                    Case No. _____

### Statement of Financial Affairs

**Question 18 Attachment**

### NATURE, LOCATION AND NAME OF BUSINESS

18.  a.  Names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.  Single Asset Real Estate ("SAR") businesses are indicated.

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | SAR? | NATURE OF BUSINESS | DATES OF OPERATION | |
|---|---|---|---|---|---|
| | | | | BEGINNING | ENDING |
| THCR Management Services, LLC<br>1000 Boardwalk<br>Atlantic City, NJ 08401 | 22-3517993 | No | Management of Trump 29 Casino in California | 12/16/96 | Present |

THCR Management Holdings, LLC                                          Case No. _____

### Statement of Financial Affairs

#### Question 19. a. Attachment

### KEEPERS OF THE BOOKS OF ACCOUNT AND RECORDS

19. a.  Bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME | ADDRESS | DATES OF SERVICES RENDERED |
|---|---|---|
| Brown, Ellen M. Director, Corporate Financial Reporting | c/o Trump Taj Mahal Associates 1000 Boardwalk, Atlantic City, NJ  08401 | 10/01 - Present |
| Burke, John P. Executive Vice President and Corporate Treasurer of parent, Trump Casino Holdings, LLC | c/o Trump Hotels & Casino Resorts, Inc. 725 Fifth Avenue, New York, NY  10022 | 10/01 - Present |
| McCarthy, Francis X., Jr. Executive Vice President of Corporate Finance and Chief Financial Office of ultimate parent, Trump Hotel & Casino Resorts, Inc. | c/o Trump Taj Mahal Associates 1000 Boardwalk, Atlantic City, NJ  08401 | 10/01 - Present |

THCR Management Holdings, LLC                                    Case No. _____

## Statement of Financial Affairs

### Question 19. b. Attachment

### AUDITORS AND PREPARERS OF FINANCIAL STATEMENTS

19. b.  Firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | TYPE OF AUDIT | DATES OF SERVICES RENDERED OR AUDIT PERIOD COVERED |
|------|---------|---------------|---------------------------------------------------|
| Ernst & Young LLP | Two Commerce Square<br>2100 Market Street<br>Suite 4000<br>Philadelphia, PA  19103 | Financial Statement | 2002 to Present |

THCR Management Holdings, LLC                                              Case No. _____

### Statement of Financial Affairs

**Question 19. c.  Attachment**

### LOCATION OF BOOKS OF ACCOUNT AND RECORDS

19. c.  Firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.

| NAME | ADDRESS |
|------|---------|
| Brown, Ellen M.<br>Director, Corporate Financial Reporting | c/o Trump Taj Mahal Associates<br>1000 Boardwalk<br>Atlantic City, NJ 08401 |

THCR Management Holdings, LLC                                              Case No. _____

**Statement of Financial Affairs**

**Question 19. d.  Attachment**

**FINANCIAL STATEMENTS ISSUED**

19. d.  Financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE(S) ISSUED |
|---|---|

For financial reporting purposes, the Debtor is part of a consolidated group of related companies.   As a result, financial statements of the ultimate parent, Trump Hotels & Casino Resorts, Inc., Debtor ("THCR") necessarily contain the financial information of the Debtor. Quarterly and annual reports of the Debtor, THCR, and THCR's subsidiaries and partnership interests, filed with the Securities and Exchange Commission, have been routinely provided to each of their shareholders, members, partners, as well as senior management and/or directors.   Press releases have also been issued through the media which may have contained selected financial information, and certain financial information is available on THCR's corporate website.  In addition, financial reports, including those of the Debtor, have been periodically provided to the following parties:

| | |
|---|---|
| Chris Glaum, NJ Casino Control Comm, Financial Evaluation Unit<br>Tennessee Ave & the Boardwalk, Atlantic City, NJ 08401 | As Requested |
| Robert Latimer, NJ Dept of Gaming Enforcement, Office of Financial Investigations<br>140 E. Front Street, Trenton, NJ  08625 | As Requested |
| US Bank National Association<br>60 Livingston Avenue, St. Paul, MN 55107 | Quarterly |

THCR Management Holdings, LLC                                                    Case No. _____

### Statement of Financial Affairs

**Question 21. b. Attachment**

### CURRENT OFFICERS, DIRECTORS AND SHAREHOLDERS

21. b. Current officers and directors of the corporation and each stockholder who directly or indirectly owns, controls or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE OF STOCK OWNERSHIP | PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|---|
| Trump Casino Holdings, LLC<br>Huron Avenue and Brigantine Blvd<br>Atlantic City, NJ  08401 | Sole Member | Membership Interest | 100.00% |

# United States Bankruptcy Court

**DISTRICT OF**    **New Jersey**

In re    **THCR Management Holdings, LLC**    , Debtor    Case No.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $              0 | | |
| B - Personal Property | Yes | 4 | $        Unknown | | |
| C - Property Claimed As Exempt | No | 0 | | | |
| D - Creditor Holding Secured Claim | Yes | 1 | | $      495,922,307 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $              0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $        Unknown | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $              0 |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $              0 |
| Total Number of Sheets of ALL Schedules | | 10 | | | |
| Total Assets | | | $        Unknown | | |
| Total Liabilities | | | | $      495,922,307 | |

**In re**  THCR Management Holdings, LLC                    **Debtor,**                              **Case No.**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the debtor holds no interest in real property, write "None" under Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to  hold a secured interest in the property, write "None" in the column labeled "Amount of secured claim.

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | $               0 | |

(Report also on Summary of Schedules)

In re **THCR Management Holdings, LLC**                                        Debtor,              Case No.

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks; savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities, itemize and name each issuer. | X | | | |

In re **THCR Management Holdings, LLC**                                    Debtor,        Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **11.** Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| **12.** Stock and interests in incorporated and unincorporated businesses.  Itemize. | | See Exhibit B-12 | | Unknown |
| **13.** Interests in partnerships or joint ventures.  Itemize. | X | | | |
| **14.** Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| **15.** Accounts Receivable. | X | | | |
| **16.** Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| **17.** Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| **18.** Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| **19.** Contingent and non- contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| **20.** Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| **21.** Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| **22.** Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |

In re  **THCR Management Holdings, LLC**                                    Debtor,          **Case No.**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **23.** Automobiles, trucks, trailers, and other vehicles. | X | | | |
| **24.** Boats, motors, and accessories. | X | | | |
| **25.** Aircraft and accessories. | X | | | |
| **26.** Office equipment, furnishings, and supplies. | X | | | |
| **27.** Machinery, fixtures, equipment and supplies used in business. | X | | | |
| **28.** Inventory. | X | | | |
| **29.** Animals. | X | | | |
| **30.** Crops - growing or harvested.  Give particulars. | X | | | |
| **31.** Farming equipment and implements. | X | | | |
| **32.** Farm supplies, chemicals, and feed. | X | | | |
| **33.** Other personal property of any kind not already listed. Itemize. | X | | | |

_____1_____  continuation sheets attached                                    Total      **Unknown**

(include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules)

**THCR Management Holdings, LLC**                                              **Case No. _____**

## SCHEDULE B - PERSONAL PROPERTY
### EXHIBIT B-12
#### Stock and Interests in Incorporated and Unincorporated Businesses

| Description and Location of Property | | | Value of Debtor's Interest in Property |
| --- | --- | --- | --- |
| Business | Type of Interest | Ownership % | |
| THCR Management Services, L.L.C.<br>1000 Boardwalk<br>Atlantic City, NJ 08401 | Membership | 100% | Unknown |

In re  **THCR Management Holdings, LLC**                    Debtor,                                    Case No.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and the last four digits of any account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.   List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "x" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "x" in the column labeled "Contingent."  If the claim is unliquidated, place an "x" in the column labeled "Unliquidated."  If the claim is disputed, place an "x" in the column labeled "Disputed." (You may need to place an "x" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☒   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED,  NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTION VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> U.S Bank National Association <br> Corporate Trust Center <br> 180 E. Fifth St. <br> St. Paul, MN  55101 <br>   Attn: Larry Bell | X | | Guaranty of Trump Casino Holdings, LLC $425 million, 11-5/8% First Priority Notes due 2010; Secured by substantially all assets <br> Value $              637,998,000[(1)] | X | | | 425,000,000 | Unknown |
| ACCOUNT NO. <br> U.S Bank National Association <br> Corporate Trust Center <br> 180 E. Fifth St. <br> St. Paul, MN  55101 <br>   Attn: Larry Bell | X | | Guaranty of Trump Casino Holdings, LLC $65 million, 17-5/8% Second Priority Mtg Notes due 2010; Secured by substantially all assets <br> Value $              637,998,000[(1)] | X | | | 70,922,307 | Unknown |
| ACCOUNT NO. <br> <br> <br> <br> <br> Value $ | | | | | | | | |
| ACCOUNT NO. <br> <br> <br> <br> <br> Value $ | | | | | | | | |

|  |  |
|---|---|
| 0   _continuation sheets_ | **Subtotal** (Total of this page) $  **495,922,307** |
| | **Total** (Use only on last page) $  **495,922,307** |

(1)  Net book value of assets as of September 30, 2004

(Report total also on Summary of Schedules)

In re **THCR Management Holdings, LLC**                  Debtor,                                    Case No.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to property, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim place an "X" in the column labeled "codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claims is contingent, place an "X" in the column labeled "Contingent." If the claims is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in he box labeled,  "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY (Check the Appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to a maximum of $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and  fishermen**

Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposit by individuals**

Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐   **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐   **Taxes and Other Certain Debts Owed to Governmental Units**

Taxes, customs, duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to revision on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___0___ continuation sheets attached

In re    **THCR Management Holdings, LLC** _____, Debtor,    Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>U.S Bank National Association<br>Corporate Trust Center<br>180 E. Fifth St.<br>St. Paul, MN  55101<br>   Attn: Larry Bell | X | | Guaranty of Trump Casino Holdings, LLC $425 million, 11-5/8% First Priority Notes due 2010 | X | X | | Unknown |
| U.S Bank National Association<br>Corporate Trust Center<br>180 E. Fifth St.<br>St. Paul, MN  55101<br>   Attn: Larry Bell | X | | Guaranty of Trump Casino Holdings, LLC $65 million, 17-5/8% Second Priority Mortgage Notes due 2010 | X | X | | Unknown |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |

|  | Subtotal (Total of this page) | $ | **Unknown** |
|---|---|---|---|
| | **Total** (Use only on last page of the completed Schedule F) | $ | **Unknown** |

____0____ of continuation sheets attached

(Report total also on Summary of Schedules)

In re    **THCR Management Holdings, LLC**                    Debtor,                          Case No.

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:**  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors.

☒    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS,<br>INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST;<br>STATE WHETHER LEASE IS FOR NON-RESIDENTIAL REAL PROPERTY;<br>STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

In re    **THCR Management Holdings, LLC**                                                , Debtor                                    Case No.

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding commencement of this case.

☐    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Trump Casino Funding, Inc.<br>Trump Casino Holdings, LLC<br>Trump Indiana Realty, LLC<br>Trump Indiana, Inc.<br>Trump Marina, Inc.<br>Trump Marina Associates, L.P.<br>THCR Management Services, LLC | U.S Bank National Association<br>Corporate Trust Center<br>180 E. Fifth St.<br>St. Paul, MN  55101<br>  Attn: Larry Bell<br>(Trump Casino Holdings, LLC $425 million,<br>11-5/8% First Priority Notes due 2010) |
| Trump Casino Funding, Inc.<br>Trump Casino Holdings, LLC<br>Trump Indiana Realty, LLC<br>Trump Indiana, Inc.<br>Trump Marina, Inc.<br>Trump Marina Associates, L.P.<br>THCR Management Services, LLC | U.S Bank National Association<br>Corporate Trust Center<br>180 E. Fifth St.<br>St. Paul, MN  55101<br>  Attn: Larry Bell<br>(Trump Casino Holdings, LLC $65 million,<br>17-5/8% Second Mortgage Priority Notes due 2010) |